300

## BATEMAN v. STATE.
### No. 20671.

Court of Criminal Appeals of Texas.
Dec. 13, 1939.

E. C. Stovall, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for 'cattle theft, punishment assessed being six years in the penitentiary.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review and the judgment is affirmed.

## ROSS v. STATE.
### No. 20669.

Court of Criminal Appeals of Texas.
Dec. 13, 1939.

Bob McCampbell, of Comanche, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for cattle theft, punishment assessed being two years in the penitentiary.

The record is before us without statement of facts or bills of exception. The indictment is in proper form. Nothing is presented for review.

The judgment is affirmed.